UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE:                              :
                                    :   MAGISTRATE NO: 08-286-M 01
ARREST WARRANT FOR                  :
ALICE GREEN                         :   UNDER SEAL
                                    :
_____ :

### ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated 4/25/08

DEBORAH A. ROBINSON
United States District Court
District of Columbia

cc:

Daniel P. Butler
Assistant United States Attorney
Fraud and Public Corruption
555 4th Street NW
Washington, DC 20530