UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-286M |
| | : | (MAGISTRATE JUDGE KAY) |
| v. | : | |
| | : | |
| ALICE P. GREEN, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO UNSEAL PLEADINGS IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this unopposed motion to unseal the pleadings in this case. In support of this motion, the government states as follows:

The government previously obtained an arrest warrant in this matter and asked that the warrant be placed under seal. On April 7, 2008, defendant was arrested on that warrant and appeared in court on the following day, April 8, 2008. At the time of defendant's appearance before the Court, the government orally moved to unseal the matter so that the proceedings could be held in open court. The Court orally granted that motion. Nevertheless, the pleadings in the Clerk's Office in this case remain under seal and it is the experience of undersigned counsel that, absent a written Order from the Court, the pleadings will continue to be kept under seal. Accordingly, the government herewith files this motion and a proposed Order to unseal the pleadings in this matter. The instant pleadings, which are in the nature of "house-keeping," will help prevent future difficulty in the parties electronically filing pleadings. Defense counsel Rita Bosworth stated she did not object to this motion.

WHEREFORE, it is respectfully requested that this motion be granted and that the Court sign the proposed Order.

                                        Respectfully Submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY
                                        D.C. Bar Number 498610

By:              /s/
                                        DANIEL P. BUTLER
                                        D.C. Bar #417718
                                        Assistant U.S. Attorney
                                        555 4th Street, N.W., Room 5231
                                        Washington, D.C. 20530
                                        (202) 353-9431
                                        Daniel.Butler@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that copies of the foregoing Motion and a proposed Order were served by first-class United States mail upon the attorney for defendant, Rita Bosworth, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, on this _____ day of May, 2008.

                                        /s/
                                        DANIEL P. BUTLER
                                        ASSISTANT UNITED STATES ATTORNEY