# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**ALICE GREEN**

~~UNDER SEAL~~ Unsealed

FILED
MAY 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 2 8 6 - M  0 1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Alice Green** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Between in or about August of 2006 and in or about February of 2008, in the District of Columbia and elsewhere, the defendant, Alice Phoebie Green, having devised a scheme to defraud Global Risk Strategies LLC (hereinafter "GRS"), and to obtain money or property by means of false and fraudulent pretenses, representations and promises to GRS, did knowingly cause to be sent, delivered, and moved by interstate wire communications from the District of Columbia to New York, New York and Charlotte, North Carolina, information about credit card transactions conducted by defendant Green with one or more GRS credit cards, but such use not being authorized by GRS, and knowingly did cause to be sent, delivered, and moved by the United States Postal Service to the District of Columbia mailed statements documenting those credit card transactions, among others.

violation of Title 18 United States Code, Section(s) §§ _____ 1343, 1341, and 2(b) _____

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

APR 2 5 2008   District of Columbia
Date and Location

Bail fixed at $ $100B pending appearance in this district   by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __12th Wash. DC__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/25/08 | Eric A. Traceski Special Agent | SA Traceski |
| DATE OF ARREST 5/7/08 | | |