IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 08-286M (AK) | |
| v. ) | UNDER SEAL | |
| ) | | |
| ALICE P. GREEN ) | | |
| ) | | |

DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE THE PRELIMINARY HEARING AND
WAIVER OF HER SPEEDY TRIAL RIGHTS

Alice Green, through undersigned counsel, hereby request that the court continue her preliminary hearing, and states in support the following:

1. On April 25, 2008, a criminal complaint was filed charging Ms. Green with wire fraud and mail fraud, in violation of 18 U.S.C. §§ 1343 and 1341.

2. On May 8, 2008, Ms. Green appeared before this court for her initial appearance after self-surrendering to the United States Marshals.

3. At the time of her initial appearance, Ms. Green had already spoken to a private attorney with the intention of retaining him. Until that occurs, the court directed undersigned counsel to remain as counsel of record.

4. Undersigned counsel spoke with Ms. Green on May 13, 2008, and she still wishes to retain a private attorney; however, she needs more time to put together the retainer fee required.

5. Ms. Green's preliminary hearing is currently set for May 23, 2008, at 9:30 a.m.

6. Ms. Green expects to be able to retain an attorney by June 6, 2008.

6. In order to afford Ms. Green the opportunity to be represented by the counsel of her

choice at all stages of her case, she requests that the court continue her preliminary hearing to the week of June 9, 2008.

7. Undersigned counsel has discussed the Speedy Trial Act with Ms. Green, and she willingly, freely, and voluntarily waives her speedy trial rights as set forth in 18 U.S.C. § 3161(b). She waives the time from the date of the filing of this motion until the date of the preliminary hearing, whenever the court should choose to schedule it. She submits that it would be in the interests of justice to do so and in her best interest because it would allow her to be represented by the attorney who she feels will best handle her case.

8. AUSA Dan Butler does not oppose this motion.

WHEREFORE Ms. Green respectfully requests that the court grant her motion for a continuance, accept her waiver of speedy trial, and re-set her preliminary hearing for a date during the week of June 9, 2008.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant's Unopposed Motion To Continue the Preliminary Hearing and Waiver of Her Speedy Trial Rights was this 14th day of May, 2008, served by hand delivery to the drop box located at the United States District courthouse supplied for serving pleadings on the United States Attorney's Office to be served on:

                Daniel Butler
                Office of the United States Attorney
                555 Fourth Street, NW
                Washington, DC  20530

                "/s/"
                Rita B. Bosworth