UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-286M |
| v. | : | **FILED** |
| ALICE P. GREEN, | : | MAY 1 5 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**O R D E R**

Based on the representations in the attached Government's Unopposed Motion to Unseal the Pleadings in this Case, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED and the Court's previously entered sealing order is VACATED.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

May 15, 2008
_____
DATE

cc:   Counsel of Record