IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                          )
          v.              )   Cr. No. 08-286M (AK)
                          )
ALICE GREEN               )
                          )

**FILED**

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Preliminary Hearing, it is this 23rd day of May, 2008, hereby

**ORDERED** that the defendant's motion is **GRANTED** and a new preliminary hearing date shall be set for June 11, 2008, at 9:30 a.m., and it is further

**ORDERED** that the time from May 23, 2008, to June 11, 2008, shall be waived from the speedy trial clock.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE