IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 08-286M (AK) |
| v. | ) | |
| | ) | |
| ALICE P. GREEN | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE THE PRELIMINARY HEARING AND
WAIVER OF HER SPEEDY TRIAL RIGHTS**

Alice Green, through undersigned counsel, hereby requests that the Court continue her preliminary hearing, and states in support the following:

1. On April 25, 2008, a criminal complaint was filed charging Ms. Green with wire fraud and mail fraud, in violation of 18 U.S.C. §§ 1343 and 1341.

2. On May 8, 2008, Ms. Green appeared before this Court for her initial appearance after self-surrendering to the United States Marshals.

3. At the time of her initial appearance, Ms. Green had spoken to a private attorney with the intention of retaining him. However, that engagement did not occur. Ms. Green has just interviewed with three other attorneys and is in the process of securing new representation. Ms. Green expects to be able to retain an attorney within the next several weeks.

4. Ms. Green's preliminary hearing is currently set for June 25, 2008, at 9:30 a.m.

5. In order to afford Ms. Green the opportunity to be represented by the counsel of her choice at all stages of her case, she requests that the court continue her preliminary hearing to on or after July 14, 2008.

6. Undersigned counsel has discussed the Speedy Trial Act with Ms. Green, and she

willingly, freely, and voluntarily waives her speedy trial rights as set forth in 18 U.S.C. § 3161(b). She waives the time from the date of the filing of this motion until the date of the preliminary hearing on or after July 14, 2008. She submits that it would be in the interests of justice to do so and in her best interest because it would allow her to be represented by the attorney who she feels will best handle her case.

    7. AUSA Dan Butler does not oppose this motion.

WHEREFORE Ms. Green respectfully requests that the court grant her motion for a continuance, accept her waiver of speedy trial, and re-set her preliminary hearing for sometime after July 14, 2008.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

JONATHAN JEFFRESS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) <br>v.       )<br>)<br>**ALICE GREEN**       )<br>_____) | **Cr. No. 08-286M (AK)** |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Preliminary Hearing, it is this _____ day of _____ , 2008, hereby

**ORDERED** that the defendant's motion is **GRANTED** and a new preliminary hearing date shall be set for _____, 2008 at _____ am/pm.

**ORDERED** that the time from June 11, 2008, to the next status hearing shall be waived from the speedy trial clock.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE